ADAMS *v.* VARNEY & *Tr.*, BRISTOL W. POWER CO., *Claimants.*

FOREIGN ATTACHMENT.  Issue between the plaintiff and the claimants.  The facts not being sufficiently found, the case was discharged.

*Fling & Chase*, for the plaintiff.

*Kenson E. Dearborn* and *Frank N. Parsons*, for the claimants.

---

[Merrimack, June, 1893.]

DOBSON. & *a.* *v.* MANUFACTURERS' MUTUAL INSURANCE COMPANY.

*Per Curiam.**  Upon the authority of *Gaysville Manufacturing Co.* v. *Insurance Co., ante, p.* 457, the order for a nonsuit was error.  According to the agreement, there must be

*Judgment for the plaintiffs.*

BLODGETT, J., did not sit: the others concurred.

*Streeter, Walker & Chase*, for the defendants.

*Bingham & Mitchell*, for the plaintiffs.

---

*See foot-note on page 80.